IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 18-67 T
(Judge Lydia Kay Griggsby)

---

Nebil Ozgen,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

---

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully moves for a 62-day enlargement of time, from March 13, 2018, to and including May 14, 2018, within which to file an answer or other pleading responsive to plaintiff's complaint. This is the first such enlargement requested in this matter.

As good cause therefore, defendant states that upon receipt of the complaint, defendant's counsel requested the relevant administrative files and defense recommendation from the Internal Revenue Service's Office of the Chief Counsel. Defendant's counsel has not yet received all of the requested information. The 62-day enlargement of time requested is necessary to obtain and review this information, and to prepare an appropriate response to plaintiff's complaint. Plaintiff's counsel has advised that plaintiff does not object to this motion for enlargement.

WHEREFORE, defendant prays that the Court grant the requested 62-day enlargement of time, until May 14, 2018, to respond to plaintiff's complaint.

Respectfully submitted,

March 12, 2018

*s/ Brian J. Sullivan*
BRIAN J. SULLIVAN
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C.  20044
Voice: (202) 616-3339
Fax:    (202) 514-9440
Email: Brian.J.Sullivan@usdoj.gov

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Assistant Chief, Court of Federal Claims Section

March 12, 2018

*s/ G. Robson Stewart*
Of Counsel

*Attorneys for the United States*